IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

1) DAVID MOREL MARTINEZ
Defendant

CRIMINAL 18-0576-01CCC

**ORDER**

Defendant's Motion to Restrict Document (**d.e. 65**) filed May 10, 2019 is GRANTED. Defendant's Motion Requesting Order (**d.e. 66**) filed May 10, 2019 is MOOT.

Having considered the Report and Recommendation filed on May 15, 2019 (**d.e. 75**) on a Rule 11 proceeding of defendant [1] David Morel Martínez before U.S. Magistrate-Judge Bruce J. McGiverin on May 10, 2019, to which no objection has been filed, the same is APPROVED. Accordingly, defendant's guilty plea is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on May 10, 2019. The sentencing hearing is set for **AUGUST 8, 2019** at **1:30 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the Presentence Report, the Addendum to said Report must specifically identify any unresolved objections, the grounds for the

CRIMINAL 18-0576-01CCC        2

objections, and t he U.S. Probation Officer's comments on them, as required by Fed. R. Crim  P. 32(g).  The party that raised the unresolved objections shall, within **twenty-four hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court. Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on May 31, 2019.

> S/CARMEN CONSUELO CEREZO
> United States District Judge